# ALABAMA COURT OF CRIMINAL APPEALS



July 12, 2024

**CR-2023-0067**
Donnie Donell Miles v. State of Alabama (Appeal from Lee Circuit Court: CC-19-918)

# <u>NOTICE</u>

You are hereby notified that on July 12, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk